```
                                                      FILED IN THE
                                                    U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF WASHINGTON

                                                     Mar 02, 2020
              UNITED STATES DISTRICT COURT         SEAN F. McAVOY, CLERK
              EASTERN DISTRICT OF WASHINGTON
```

CHRISTOPHER MICHAEL LOVE,          No.   2:19-cv-00320-SMJ

         Plaintiff,

         v.                                  **ORDER DISMISSING ACTION**

NAPHCARE MEDICAL DEPARTMENT, SPOKANE COUNTY DETENTION CENTER, and STATE,

         Defendants.

By Order filed November 19, 2019, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty days. ECF No. 7. A copy of the Order was sent to Plaintiff at the Spokane County Correctional Center but was returned as undeliverable on November 22, 2019. ECF No. 8. It was then sent to Plaintiff at the Benton County Correctional Center and returned as undeliverable on December 4, 2019. ECF No. 10.

The Court may dismiss an action if mail directed to a *pro se* plaintiff has been returned by the Postal Service and the plaintiff fails to notify the Court and opposing

ORDER DISMISSING ACTION – 1

parties within 60 days thereafter of his current mailing address. LCivR 41(b)(2). The Court has an interest in managing its docket and in the prompt resolution of civil matters. *See Destifino v. Reiswig*, 630 F.3d 952, 959 (9th Cir. 2011) (affirming district court's inherent power to control its docket); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 642–44 (9th Cir. 2002) (discussing factors to consider in dismissing claims for failure to prosecute or comply with court order, including public's interest in expeditious resolution, court's need to manage docket, and risk of prejudice to defendants).

Plaintiff has not kept the Court apprised of his current address and has filed nothing further in this action. More than sixty days have elapsed since Plaintiff's mail was returned to this Court as undeliverable. Accordingly, the Court dismisses Plaintiff's case for failure to keep the Court advised of his current mailing address. LCivR 41(b)(2).

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

This action is **DISMISSED WITHOUT PREJUDICE** pursuant to LCivR 41(b)(2).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 2nd day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 3